AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Milford Regional Medical Center f/k/a
Milford-Whitinsville Regional Hospital

V.

**SUMMONS IN A CIVIL ACTION**

Cruz and Doe

CASE NUMBER:

## 05 10737 NMG

TO: (Name and address of Defendant)

Jose A. Cruz
42-44 Intervale Road
Cranston, RI 02910-5225

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Curto, Esq.
Heather Egan Sussman, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

A. THORNTON

CLERK

APR 13 2005
DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | April 16, 2005 |
|---|---|---|
| **NAME OF SERVER** THOMAS G. JACKSON | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   42-44 INTERVALE ROAD, CRANSTON, RHODE ISLAND , ~~MASSACHUSETTS~~

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at. _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
   Duly Authorized Agent for the within-named _____
   Said service was made at:
   _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 87.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    April 16, 2005
                  Date                            Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**        **One Devonshire Place**        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  **Boston, MA 02109**            Fax #       (617) 720-5737