## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Milford Regional Medical Center,<br>　　　　　Plaintiff<br><br>　　　　V.<br><br>Jose Cruz, et al.,<br>　　　　　Defendant | CIVIL ACTION<br><br>NO.　05-10737-NMG |

### NOTICE

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action will be dismissed without further notice after thirty (30) days from the date of this Notice subject only to compliance with the provisions of subdivision (a)(3) of this Rule.

　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON,
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　5/9/06　　　　　　　　　By:　　/s/ Craig J. Nicewicz
　　Date　　　　　　　　　　　　　Deputy Clerk

(Dismiss LR41not.wpd - 3/7/2005)